IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TRAVIS A. WILTGEN            PETITIONER

v.      Civil No. 06-5068

STATE OF ARKANSAS;
KEITH FERGUSON, Sheriff of
Benton County, Arkansas            RESPONDENTS

**ORDER**

Petitioner, a prisoner of the Arkansas Department of Correction presently housed at the Benton County Detention Center, Bentonville, Arkansas, has submitted a petition for writ of habeas corpus under 28 U.S.C. § 2254 for filing in this district, together with a request for leave to proceed in forma pauperis. Since it appears he is unable to pay the costs for commencement of suit, the following order is entered this 18th day of April 2006:

IT IS HEREBY ORDERED that petitioner's motion for leave to proceed in forma pauperis is granted and the clerk is directed to file the petition.

_Beverly Stites Jones_
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
APR 19 2006
CHRIS R. JOHNSON, CLERK
BY _J.G._
DEPUTY CLERK

AO 72A
(Rev. 8/82)