IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TRAVIS A. WILTGEN                                                                                   PETITIONER

v.                                              Civil No. 06-5068

LARRY NORRIS, Director,
Arkansas Department of Correction                                                          RESPONDENT

## O R D E R

Travis A. Wiltgen is hereby ordered to complete, sign, date, and return the attached questionnaire on or before June 30, 2006. **Petitioner's failure to respond within the required period of time will subject this matter to summary dismissal for failure to obey a court order.**

IT IS SO ORDERED this 22nd day of May 2006.

`                                                                    /s/Beverly Stites Jones
                                                                    HON. BEVERLY STITES JONES
                                                                    UNITED STATES MAGISTRATE JUDGE